## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

| | |
|---|---|
| CHARLESTON PEACHLYN, Individually and for Others Similarly Situated | **Case No. 9:23-cv-81180-AMC** |
| v. | Jury Trial Demanded |
| EAST COAST ASSEMBLERS, INC. d/b/a NATIONAL ASSEMBLERS, INC. | FLSA Collective Action Pursuant to 29 U.S.C. § 216(b) |

## NOTICE OF SETTLEMENT

Plaintiff Charleston Peachlyn hereby gives notice to the Court that the Parties have reached a settlement agreement in principle for the claims brought by Plaintiff. The Parties will submit final dismissal documents to the Court within 30 days.

Date: January 4, 2024

Respectfully submitted,

By: /s/ C. Ryan Morgan
**C. Ryan Morgan, Esq.**
FBN 0015527
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., 16th Floor
Telephone: (407) 420-1414
Facsimile: (407) 245-3401
Email: rmorgan@forthepeople.com
*Local Counsel for Plaintiff*

**Michael A. Josephson**
State Bar No. 24014780
**Andrew W. Dunlap**
State Bar No. 24078444
**Richard M. Schreiber**
State Bar No. 24056278
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile

1

        mjosephson@mybackwages.com
        adunlap@mybackwages.com
        rschreiber@mybackwages.com

**Richard J. (Rex) Burch**
State Bar No. 24001807
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
710-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On January 4, 2024, I served a copy of this document on all registered parties and/or their counsel of record via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

        /s/ C. Ryan Morgan
        **C. Ryan Morgan, Esq.**