UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO.: 9:23-cv-81180-AMC

CHARLESTON PEACHLYN, Individually and for
Others Similarly Situated,

        Plaintiff,

v.

EAST COAST ASSEMBLERS, INC. d/b/a
NATIONAL ASSEMBLERS, INC.,

        Defendant

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY stipulated by and between Plaintiff, CHARLESTON PEACHLYN, and Defendant, EAST COAST ASSEMBLERS, INC. d/b/a NATIONAL ASSEMBLERS, INC., that the above cause, having been amicably resolved between Plaintiff, CHARLESTON PEACHLYN, and Defendant, EAST COAST ASSEMBLERS, INC. d/b/a NATIONAL ASSEMBLERS, INC., be dismissed with prejudice with each party to bear their own expenses, costs and attorneys' fees in the matter.

Dated: February 9, 2024

**LYDECKER LLP**
*Attorney for Defendant East Coast Assemblers, Inc.*
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
Telephone: (305) 416-3180
Facsimile: (305) 416-3190

**By: */s/ Stephanie Pidermann***
Stephanie Pidermann, Esq.
Florida Bar No: 60414
sp@lydecker.com

| | |
|---|---|
| **MORGAN & MORGAN, PA**<br>C. Ryan Morgan<br>20 N. Orange Ave., 16th Floor<br>P.O. Box 4979<br>Orlando, FL 32802-4979<br>Telephone: (407) 420-1414<br>Facsimile: (407) 245-3401<br>*Local Counsel for Plaintiff*<br><br>**By**: */s/ C. Ryan Morgan*<br>FL Bar No. 0015527<br>rmorgan@forthepeople.com | **JOSEPHSON DUNLAP LLP**<br>Richard M. Schreiber<br>Michael A. Josephson<br>TX Bar No. 24014780<br>Andrew W. Dunlap<br>TX Bar No. 24078444<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>Telephone: (713) 352-1100<br>Facsimile: (713) 352-3300<br>Emails:<br>mjosephson@mybackwages.com<br>adunlap@mybackwages.com<br><br>**By**: */s/ Richard M. Schreiber*<br>TX Bar No. 24056278<br>RSchreiber@mybackeages.com |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on February 9, 2024. I also certify that a true and correct copy of the foregoing was served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below.

/s/ *Stephanie Pidermann*
Stephanie Pidermann, Esq.

## SERVICE LIST

| | |
|---|---|
| **MORGAN & MORGAN, PA**<br>C. Ryan Morgan<br>FL Bar No. 0015527<br>20 N. Orange Ave., 16th Floor<br>P.O. Box 4979<br>Orlando, FL 32802-4979<br>Telephone: (407) 420-1414<br>Facsimile: (407) 245-3401<br>Email: rmorgan@forthepeople.com<br>*Local Counsel for Plaintiff* | **JOSEPHSON DUNLAP LLP**<br>Richard M. Schreiber<br>TX Bar No. 24056278<br>Michael A. Josephson<br>TX Bar No. 24014780<br>Andrew W. Dunlap<br>TX Bar No. 24078444<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>Telephone: (713) 352-1100<br>Facsimile: (713) 352-3300<br>Emails:<br>RSchreiber@mybackeages.com<br>mjosephson@mybackwages.com<br>adunlap@mybackwages.com |